**Ricky Lee ANDERSON, Petitioner–Appellant,**

v.

**UNITED STATES PAROLE COMMISSION; Dan L. Dove, Warden, Respondents–Appellees.**

**No. 02–7107.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 17, 2002.

Ricky Lee Anderson, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ricky Lee Anderson appeals the district court's order denying his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's order accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Anderson v. United States,* No. CA–02–670–2–23 (D.S.C. June 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*